Case # 22-35330               5-5-23

To the Clerk of the Courts for 9th Cir.

My name is Guy Lewis, Jr.: Coulston,

I filed a Notice of Appeal on April 26, 2022 and have not recevied, any decisions on the notice of Appeal or on any of the motion's that are filed within the 9th Cir. Court Clerk.

At this point in time I'm Requesting a Registry of Action

Please and thank you!

Guy Lewis, Jr.: Coulston

Case # 22-35330

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 08 2023

FILED
DOCKETED _____
              DATE      INITIAL